IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SALVADOR ALCALA-RAMIREZ,<br><br>            Petitioner,<br><br>     vs.<br><br>UNITED STATES OF AMERICA,<br><br>            Respondent. | No. CV-F-00-6990 OWW<br>(No. CR-F-95-5055 OWW<br><br>MEMORANDUM DECISION AND<br>ORDER DENYING PETITIONER'S<br>MOTION PURSUANT TO RULE<br>60(b), FEDERAL RULES OF<br>CIVIL PROCEDURE (Doc. 477) |

Petitioner's motion pursuant to Rule 60(b), Federal Rules of Civil Procedure, for relief from the judgment denying his motion to vacate, set aside or correct sentence pursuant to 28 U.S.C. § 2255 is DENIED.

Petitioner's motion is based on *Blakely v. Washington*, 542 U.S. 296 (2004). Neither *Blakely* or *United States v. Booker*, 543 U.S. 200 (2005), are retroactive on collateral review. *United States v. Cruz,* 423 F.3d 1119 (9th Cir.2005), *cert. denied*, 546 U.S. 1155 (2006); *Schardt v. Payne*, 414 F.3d 1025 (9th Cir.2005).

///

1  IT IS SO ORDERED.

2  **Dated:   July 30, 2008**               /s/ Oliver W. Wanger
                                            UNITED STATES DISTRICT JUDGE